**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALKIM BILLIPS,

                Plaintiff,

   -against-                             19 **CIVIL** 1719 (ER)

                                         **JUDGMENT**

NYC DOCS et al., CITY OF NEW YORK,
and JOHN DOE CORRECTION OFFICER,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 7, 2020, the City's motion to dismiss the Amended Complaint is granted; The Court certifies, pursuant to 28 USC § 1915(a)(3), that any appeal from this Order should be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:**  New York, New York

       April 9, 2020

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                                  Clerk of Court
                                **BY:**
                                                                  _____
                                                                  **Deputy Clerk**